IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EVELYN K. HENDERSON,

    Plaintiff,

    v.

PARKS AVIATION HOLDINGS, LLC, *d/b/a* Ideal Aviation,

    Defendant.

Case No. 17-812 JPG/DGW

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 23). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** without prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: June 13, 2018

                                    *s/J. Phil Gilbert*
                                    UNITED STATES DISTRICT JUDGE